IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

Lisa A. Davis

        Plaintiff,

vs.                                 Case No. 2:19-cv-4686
                                        Judge Smith

**LM General Insurance Company**        Magistrate Judge Vascura

        Defendant.

## CERTIFICATE OF MAILING BY CLERK

The Clerk of the United States District Court, Southern District of Ohio, mailed a copy of the Summons and Complaint via certified mail on November 14, 2019, to the following Defendant:

LM General Insurance Company
c/o CSC-Lawyers Incorporating Service
50 West Broad Street, Suite 1800
Columbus, Ohio 43215
7016 1970 0001 0485 5473


                                                **Richard W. Nagel, Clerk**

                                  By:    /s/Michelle D. Rahwan
                                          Michelle D. Rahwan, Deputy Clerk