UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LISA DAVIS,<br><br>Plaintiff<br><br>vs.<br><br>LM GENERAL INSURANCE COMPANY<br><br>Defendant | **CASE NO.** 2:19-CV-04686-GCS-CMV<br><br>JUDGE GEORGE C. SMITH |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Lisa Davis, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this case without prejudice.

Dated:  December 18, 2019

                                                      Respectfully submitted,

                                                      s/ Stuart E. Scott
                                                     STUART E. SCOTT (0064834)
                                                     KEVIN C. HULICK (0093921)
                                                     **SPANGENBERG SHIBLEY & LIBER LLP**
                                                     1001 Lakeside Avenue East, Suite 1700
                                                     Cleveland, OH  44114
                                                     (216) 696-3232
                                                     (216) 696-3924 (FAX)
                                                     *sscott@spanglaw.com*
                                                     *khulick@spanglaw.com*

                                                     ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

    s/ Stuart E. Scott
STUART E. SCOTT (0064834)
KEVIN C. HULICK (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*sscott@spanglaw.com*
*khulick@spanglaw.com*

*Counsel for Plaintiff*